82,786-02

May I please get a status update on my application for 11.07 Writ of Habeas Corpus? It was presented to the court on April 20, 2015 and is numbered as WR-82,786-02 TR. CT. NO. CR 12-102. Please also note that my address is different now as I am at another unit. My new contact information is as follows:

STEVEN AKIN # 1815114
MICHAEL UNIT
2664 FM 2054
TENNESSEE COLONY, TX 75886.

I am still represented by Joe Shumate, but have not heard from him in several months. Thank you very much for your time.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

Steven Akin